IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER PARK PROPERTIES, II,<br><br>         Plaintiff,<br><br>    vs.<br><br>CARPENTERS LOCAL UNION 701,<br><br>         Defendant. | **Old Case No. 1:11cv01702 AWI DLB**<br>**New Case No. 1:11cv01702 AWI SKO**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

  Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:11cv01702 AWI SKO.**  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

  IT IS SO ORDERED.

     Dated:    October 13, 2011                         /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE

1